**Judge Karen L. Strombom**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SYLVIA MATAYOSHI,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE HUMAN RESPONSE NETWORK,<br>a Washington Non-Profit Corporation; and<br>SANDRA CROWELL,<br><br>　　　　　　　　　　　Defendants. | No. C03-5130 KLS<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

STIPULATION

COME NOW the parties to the above-named action, Plaintiff Sylvia Matayoshi, and Defendants The Human Response Network, a Washington Non-Profit Corporation; and Sandra Crowell, hereby stipulate and agree that the above matter be dismissed with prejudice and without costs to any party.

DATED this 21st day of July, 2005 at Seattle, Washington.

s/Aaron D. Bigby
State Bar Number 29271
Northcraft, Bigby & Owada, P.C.
720 Olive Way, Suite 1905
Seattle, WA 98101
Telephone: 206-623-0229
Fax: 206-623-0234
E-mail: aaron_bigby@northcraft.com

STIPULATION AND
ORDER OF DISMISSAL - 1   (C03-5130 KLS)
w:\matayoshi\Pld\dismissal.stip.ord

NORTHCRAFT, BIGBY & OWADA , P.C.
720 Olive Way / Suite 1905
Seattle, WA 98101-1871
tel: 206.623.0229
fax: 206.623.0234

s/Aaron D. Bigby, WSBA No.29271 for
Andrea Brenneke
State Bar Number 22027
MacDonald Hoague & Bayless
1500 Hoge Building
705 Second Avenue
Seattle, WA 98104-1745
Telephone: 206-622-1604
Fax: 206-343-3961
E-mail: andreab@mhb.com

ORDER OF DISMISSAL

THIS MATTER having come before the Court on the written stipulation of the parties by their respective attorneys of record that each and every claim advanced by plaintiff be dismissed with prejudice and without costs to any party, therefore

IT IS HEREBY ORDERED that all claims advanced by plaintiff against defendants are hereby dismissed with prejudice and without costs to any party.

DATED this 4th day of August, 2005.

__s/ Karen L. Strombom_____
Judge Karen L. Strombom
U.S. Magistrate Judge

Presented by:

NORTHCRAFT, BIGBY & OWADA, P.C.

s/Aaron D. Bigby
State Bar Number 29271
Northcraft, Bigby & Owada, P.C.
720 Olive Way, Suite 1905
Seattle, WA 98101
Telephone: 206-623-0229
Fax: 206-623-0234
E-mail: aaron_bigby@northcraft.com

**STIPULATION AND
ORDER OF DISMISSAL - 2**   (C03-5130 KLS)
w:\matayoshi\Pld\dismissal.stip.ord

**NORTHCRAFT, BIGBY & OWADA , P.C.**
720 Olive Way / Suite 1905
Seattle, WA  98101-1871
*tel:  206.623.0229*
*fax:  206.623.0234*

| | |
|---|---|
| 1 | MACDONALD HOAGUE & BAYLESS |
| 2 | s/Aaron D. Bigby, WSBA No.29271 for |
| | Andrea Brenneke |
| 3 | State Bar Number 22027 |
| | MacDonald Hoague & Bayless |
| 4 | 1500 Hoge Building |
| | 705 Second Avenue |
| 5 | Seattle, WA 98104-1745 |
| | Telephone: 206-622-1604 |
| 6 | Fax: 206-343-3961 |
| | E-mail: andreab@mhb.com |
| 7 | |
| | CERTIFICATE OF SERVICE |
| 8 | |
| 9 | I hereby certify that on August 5, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: |
| 10 | |
| 11 | Andrea Brenneke |
| | andreab@mhb.com kathysmhb.com carriew@mhb.com |
| 12 | |
| | Mark S. Northcraft |
| 13 | mark_northcraft@northcraft.com |
| 14 | Aaron Kazuo Owada |
| | aaron_owada@northcraft.com |
| 15 | |
| 16 | s/Aaron D. Bigby |
| | State Bar Number 29271 |
| | Northcraft, Bigby & Owada, P.C. |
| 17 | 720 Olive Way, Suite 1905 |
| | Seattle, WA 98101 |
| 18 | Telephone: 206-623-0229 |
| | Fax: 206-623-0234 |
| 19 | E-mail: aaron_bigby@northcraft.com |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

**STIPULATION AND**
**ORDER OF DISMISSAL - 3**   (C03-5130 KLS)
w:\matayoshi\Pld\dismissal.stip.ord

**NORTHCRAFT, BIGBY & OWADA, P.C.**
720 Olive Way / Suite 1905
Seattle, WA 98101-1871
*tel:* 206.623.0229
*fax:* 206.623.0234